## AMERISOURCEBERGEN SPECIALTY GROUP, INC., Appellant

v.

## FFF ENTERPRISES, INC., Appellee

2016-2025

United States Court of Appeals, Federal Circuit.

April 6, 2017

JAMIL ALIBHAI, Munck Wilson Mandala, LLP, Dallas, TX, argued for appellant. Also represented by DANIEL E. VENGLARIK.

THOMAS M. MELSHEIMER, Winston & Strawn LLP, Dallas, TX, argued for appellee. Also represented by THOMAS B. WALSH; JOHN A. DRAGSETH, Fish & Richardson P.C., Minneapolis, MN.

(Wallach, Taranto, and Stoll, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## WHITE KNUCKLE GAMING, LLC, a Utah Limited Liability Company, Plaintiff-Appellant

v.

## ELECTRONIC ARTS, INC., a Delaware Corporation, Defendant-Appellee

2016-2286

United States Court of Appeals, Federal Circuit.

April 6, 2017

ANDREW S. HANSEN, HansenIP, Bountiful, UT, argued for plaintiff-appellant. Also represented by DAVID ALLAN JONES, Alpine IP PLLC, Lehi, UT.

JAMES CHRISTOPHER MARTIN, Reed Smith LLP, Pittsburgh, PA, argued for defendant-appellee. Also represented by JOHN BOVICH, CHRISTINE M. MORGAN, San Francisco, CA; GERARD M. DONOVAN, Washington, DC.

(Taranto, Schall, and Stoll, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**